```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ ROBIN R. TAYLOR
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California  95814
 4 │ Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | MAG. NO.  2-05-MJ-00323 DAD |
| | ) | |
| v. | ) | APPLICATION AND ORDER |
| | ) | FOR UNSEALING COMPLAINT, |
| DIANE McSWINE, | ) | ARREST WARRANT AND AFFIDAVIT |
| aka Diane Grant | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On November 7, 2005, the complaint was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint, arrest warrant and affidavit be unsealed.

DATED:  November 28, 2005            Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney

                                 By: /s/ Robin R. Taylor
                                     ROBIN R. TAYLOR
                                     Assistant U.S. Attorney

///

<pre>
 1                                         <u>ORDER</u>

 2    SO ORDERED:

 3    DATED: November 28, 2005.

 4
                          _____
 5                        DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE
 6

 7

 8    Ddad1/orders.criminal/mcswine0323.ord
</pre>